KW07-1476

COURT OF APPEAL, THIRD CIRCUIT

STATE OF LOUISIANA

STATE OF LOUISIANA

Plaintiff-Appellee

VERSUS

MURIEL LYLES, JR.

Defendant-Appellant

On Writ of Review from the Twenty-Seventh Judicial District Court, Docket Number 07-K-0094-B, Parish of St. Landry, State of Louisiana, Honorable Ellis J. Daigle, Judge.

**ORDER**

After consideration of Defendant's motion for reconsideration, this court's December 21, 2007 ruling is hereby rescinded. Following consideration of the merits of the writ application, a new ruling will be issued.

THUS DONE AND SIGNED this 30th day of January, 2008.

COURT OF APPEAL, THIRD CIRCUIT

_Sylvia R. Cooks_
Judge Sylvia R. Cooks

_Glenn B. Gremillion_
Judge Glenn B. Gremillion

_Elizabeth A. Pickett_
Judge Elizabeth A. Pickett